# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT FRIEDLEY

VERSUS

ERIC ROUSSEL, PROGRESSIVE
SECURITY INSURANCE COMPANY,
MONGO TENT RENTALS, INC.,
AMGUARD INSURANCE COMPANY
AND GEICO GENERAL INSURANCE
COMPANY

NO.  2023 CW 1327

MARCH 4, 2024

---

In Re:   Mongo Tent Rentals, Inc., applying for supervisory
writs, 23rd Judicial District Court, Parish of
Ascension, No. 129670.

---

BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.

   **WRIT DENIED.**

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT